# Exhibit B

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2016-12-17 13:37:40 EST | | |
| **Mark:** | MISS UNIVERSE | | |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73831500 | **Application Filing Date:** | Oct. 13, 1989 |
| **US Registration Number:** | 1597876 | **Registration Date:** | May 22, 1990 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Feb. 19, 2010 | | |
| **Publication Date:** | Feb. 27, 1990 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MISS UNIVERSE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 0568507, 0615449, 0620557, 0710641, 0710642, 0710671, 0710765, 0710898, 0710916, 0710931, 0710969, 0710971, 0710990, 0720283, 0848201, 1146211, 1182063, 1466355 and others |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | ENTERTAINMENT SERVICES - NAMELY, PRESENTATION OF PAGEANTS AND CONTESTS | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 01, 1950 | **Use in Commerce:** | Oct. 01, 1950 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |

| | | |
|---|---|---|
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** IMG UNIVERSE, LLC
**Owner Address:** 11 MADISON AVENUE
NEW YORK, NEW YORK UNITED STATES 10010
**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** ANDREA L. CALVARUSO  **Docket Number:** 020310-2340

**Correspondent**

**Correspondent Name/Address:** ANDREA L. CALVARUSO
KELLY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NEW YORK UNITED STATES 10178

**Phone:** 212-808-7800  **Fax:** 212-808-7897

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 03, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Nov. 04, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 19, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 69934 |
| Feb. 19, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Feb. 12, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69934 |
| Feb. 11, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 10, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 10, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jan. 09, 2009 | CASE FILE IN TICRS | |
| Dec. 08, 2000 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 08, 2000 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 14, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 29, 1996 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 26, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 22, 1990 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 27, 1990 | PUBLISHED FOR OPPOSITION | |
| Jan. 26, 1990 | NOTICE OF PUBLICATION | |
| Dec. 01, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 22, 1989 | ASSIGNED TO EXAMINER | 66483 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted
**Affidavit of Incontestability:** Section 15 - Accepted
**Renewal Date:** May 22, 2010

## TM Staff and Location Information

|  |  |  |  |
|---|---|---|---|
| | **TM Staff Information - None** | | |
| | **File Location** | | |
| **Current Location:** GENERIC WEB UPDATE | | **Date in Location:** Feb. 19, 2010 | |

# Assignment Abstract Of Title Information

| **Summary** | | | |
|---|---|---|---|
| **Total Assignments:** 8 | | **Registrant:** MISS UNIVERSE, INC. | |

### Assignment 1 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNMENT OF SECURITY INTEREST | | |
| **Reel/Frame:** | 1320/0392 | **Pages:** | 9 |
| **Date Recorded:** | Mar. 30, 1995 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| | **Assignor** | | |
|---|---|---|---|
| **Name:** | MSG HOLDINGS, L.P. | **Execution Date:** | Mar. 10, 1995 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | **Assignee** | | |
|---|---|---|---|
| **Name:** | CHEMICAL BANK | | |
| **Legal Entity Type:** | BANKING CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | 270 PARK AVENUE NEW YORK, NY 10019 | | |

| | **Correspondent** | | |
|---|---|---|---|
| **Correspondent Name:** | TERI L. GLASER | | |
| **Correspondent Address:** | WHITE & CASE<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | | |

**Domestic Representative - Not Found**

### Assignment 2 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER | | |
| **Reel/Frame:** | 1362/0466 | **Pages:** | 19 |
| **Date Recorded:** | Apr. 13, 1995 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| | **Assignor** | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE, INC. | **Execution Date:** | Mar. 10, 1995 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

| | **Assignee** | | |
|---|---|---|---|
| **Name:** | MADISON SQUARE GARDEN, L.P. | | |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | DELAWARE |
| **Address:** | TWO PENN PLAZA, 14TH FLOOR<br>NEW YORK, NEW YORK 10121 | | |

| | **Correspondent** | | |
|---|---|---|---|
| **Correspondent Name:** | JENNIFER T. RADDING | | |
| **Correspondent Address:** | PROSKAUER ROSE GOETZ & MENDELSOHN<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | |

**Domestic Representative - Not Found**

### Assignment 3 of 8

| | |
|---|---|
| **Conveyance:** | TERMINATION AND RELEASE - CORRECTIVE DOCUMENT FOR 100322786 |

| | |
|---|---|
| **Reel/Frame:** | 1574/0408 |
| **Date Recorded:** | Mar. 19, 1997 |
| **Supporting Documents:** | No Supporting Documents Available |

| | | | |
|---|---|---|---|
| | | **Assignor** | |
| **Name:** | CHASE MANHATTAN BANK,THE | **Execution Date:** | Nov. 25, 1996 |
| **Legal Entity Type:** | A BANKING CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| | | **Assignee** | |
| **Name:** | MADISON SQUARE GARDEN, L.P. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | MADISON SQUARE GARDEN 2 PENN PLAZA NEW YORK, NEW YORK 10121-0091 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | WHITE & CASE |
| **Correspondent Address:** | BERNARD ABDO, ESQ. 1155 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10036-2787 |

**Domestic Representative - Not Found**

## Assignment 4 of 8

| | |
|---|---|
| **Conveyance:** | TERMINATION AND RELEASE OF SECURITY INTEREST |
| **Reel/Frame:** | 1532/0624 |
| **Pages:** | 10 |
| **Date Recorded:** | Dec. 04, 1996 |
| **Supporting Documents:** | No Supporting Documents Available |

| | | | |
|---|---|---|---|
| | | **Assignor** | |
| **Name:** | CHASE MANHATTAN BANK, THE | **Execution Date:** | Nov. 26, 1996 |
| **Legal Entity Type:** | BANKING CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| | | **Assignee** | |
| **Name:** | MADISON SQUARE GARDEN L.P. (F/K/A MSG HOLDINGS, L.P.) | | |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | DELAWARE |
| **Address:** | TWO PENNSYLVANIA PLAZA NEW YORK, NEW YORK 10023 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | WILLKIE FARR & GALLAGHER |
| **Correspondent Address:** | WILLIAM M. RIED, ESQ. 153 EAST 53RD STREET NEW YORK, NY 10022 |

**Domestic Representative - Not Found**

## Assignment 5 of 8

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 1532/0634 |
| **Pages:** | 5 |
| **Date Recorded:** | Dec. 04, 1996 |
| **Supporting Documents:** | No Supporting Documents Available |

| | | | |
|---|---|---|---|
| | | **Assignor** | |
| **Name:** | MADISON SQUARE GARDEN, L.P. | **Execution Date:** | Nov. 26, 1996 |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | DELAWARE |

| | |
|---|---|
| | **Assignee** |
| **Name:** | TRUMP PAGEANTS, L.P. |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 725 FIFTH AVENUE<br>NEW YORK, NEW YORK 10022 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | WILLKIE FARR & GALLAGHER |
| **Correspondent Address:** | WILLIAM M. RIED, ESQ.<br>153 EAST 53RD STREET<br>NEW YORK, NY 10022 |

**Domestic Representative - Not Found**

## Assignment 6 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 1571/0511 | **Pages:** | 6 |
| **Date Recorded:** | Mar. 21, 1997 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | TRUMP PAGEANTS, L.P. | **Execution Date:** | Jan. 06, 1997 |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | No Place Where Organized Found |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE L.P., LLLP | | |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | SUITE 2100<br>1801 CENTURY PARK EAST<br>LOS ANGELES, CALIFORNIA 90067 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | PROSKAUER ROSE GOETZ & MENDELSOHN LLP |
| **Correspondent Address:** | DEIRDRE P. SILVER, ESQ.<br>1585 BROADWAY<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Assignment 7 of 8

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 5654/0923 | **Pages:** | 13 |
| **Date Recorded:** | Oct. 28, 2015 | | |
| **Supporting Documents:** | assignment-tm-5654-0923.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE L.P. | **Execution Date:** | Sep. 10, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY LIMITED PARTNERSHIP | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | IMG UNIVERSE, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 11 MADISON AVENUE<br>NEW YORK, NEW YORK 10010 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ANDREA L. CALVARUSO |
| **Correspondent Address:** | 101 PARK AVENUE<br>NEW YORK, NY 10178 |

**Domestic Representative - Not Found**

## Assignment 8 of 8

| | |
|---|---|
| **Conveyance:** | CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR PREVIOUSLY RECORDED ON REEL 005654 FRAME 0923. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT. |
| **Reel/Frame:** | 5829/0971 |
| **Pages:** | 21 |
| **Date Recorded:** | Jul. 06, 2016 |
| **Supporting Documents:** | assignment-tm-5829-0971.pdf |

### Assignor

| | |
|---|---|
| **Name:** | MISS UNIVERSE L.P. LLLP |
| **Execution Date:** | Sep. 10, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY LIMITED PARTNERSHIP |
| **State or Country Where Organized:** | DELAWARE |

### Assignee

| | |
|---|---|
| **Name:** | IMG UNIVERSE, LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 11 MADISON AVENUE<br>NEW YORK, NEW YORK 10010 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ANDREA L. CALVARUSO |
| **Correspondent Address:** | 101 PARK AVENUE<br>NEW YORK, NY 10178 |

**Domestic Representative - Not Found**

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 11 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91220573 | **Filing Date:** | Feb 11, 2015 |
| **Status:** | Pending | **Status Date:** | Feb 11, 2015 |
| **Interlocutory Attorney:** | GEOFFREY MCNUTT | | |

### Defendant

| | |
|---|---|
| **Name:** | Linda Grandia |
| **Correspondent Address:** | LINDA GRANDIA<br>G & G EXCHANGE<br>KEPPLERSTREET 13<br>AMERSFOORT NETHERLANDS , 3817TA |
| **Correspondent e-mail:** | info@missmultiverse.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS MULTIVERSE | Opposition Pending | 86235052 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Miss Universe L.P., LLLP and IMG Universe, LLC. |
| **Correspondent Address:** | ANDREA L CALVARUSO<br>KELLEY DRYE & WARREN<br>101 PARK AVENUE<br>NEW YORK NY UNITED STATES , 10178 |
| **Correspondent e-mail:** | trademarks@kelleydrye.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 71632789 | 620557 |

| | | | | | |
|---|---|---|---|---|---|
| MISS UNIVERSE | | | Renewed | [73831500](#) | [1597876](#) |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 11, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 11, 2015 | Mar 23, 2015 |
| 3 | PENDING, INSTITUTED | Feb 11, 2015 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Mar 18, 2015 | |
| 5 | D MOT FOR EXT W/ CONSENT | Mar 18, 2015 | |
| 6 | EXTENSION OF TIME GRANTED | Mar 18, 2015 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 19, 2015 | |
| 8 | EXTENSION OF TIME GRANTED | May 19, 2015 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 19, 2015 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 24, 2015 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 06, 2015 | |
| 12 | ANSWER | Jul 06, 2015 | |
| 13 | D REQ TO W/DRAW AS ATTORNEY | Sep 01, 2015 | |
| 14 | CHANGE OF CORRESP ADDRESS | Sep 02, 2015 | |
| 15 | RESPONSE DUE 30 DAYS (DUE DATE) | Sep 04, 2015 | Oct 04, 2015 |
| 16 | D CHANGE OF CORRESP ADDRESS | Sep 28, 2015 | |
| 17 | D DISCOVERY DOCUMENT | Sep 28, 2015 | |
| 18 | TRIAL DATES RESET | Oct 06, 2015 | |
| 19 | STIP FOR EXT | Dec 21, 2015 | |
| 20 | EXTENSION OF TIME GRANTED | Dec 21, 2015 | |
| 21 | P MOT FOR EXT W/O CONSENT | Jan 29, 2016 | |
| 22 | D OPP/RESP TO MOTION | Feb 01, 2016 | |
| 23 | P MOT IN SUPPORT OF ITS MOT FOR EXT OF TIME | Feb 11, 2016 | |
| 24 | D OPP/RESP TO MOTION | Feb 21, 2016 | |
| 25 | EXTENSION OF TIME GRANTED | Mar 10, 2016 | |
| 26 | P MOT TO JOIN/SUBSTITUTE PARTY | Mar 21, 2016 | |
| 27 | P MOT TO COMPEL DISCOVERY | Apr 05, 2016 | |
| 28 | D OPP/RESP TO MOTION | Apr 06, 2016 | |
| 29 | P REPLY IN SUPPORT OF MOTION | Apr 08, 2016 | |
| 30 | D OPP/RESP TO MOTION | Apr 12, 2016 | |
| 31 | P REPLY IN SUPPORT OF MOTION | Apr 27, 2016 | |
| 32 | SUSP PEND DISP OF OUTSTNDNG MOT | Jul 12, 2016 | |
| 33 | TRIAL DATES RESET | Aug 01, 2016 | |
| 34 | P MOT FOR SANCTIONS (OTHER) | Nov 02, 2016 | |
| 35 | SUSP PEND DISP OF OUTSTNDNG MOT | Nov 02, 2016 | |
| 36 | D OPP/RESP TO MOTION | Nov 28, 2016 | |
| 37 | D'S SUPPLEMENTAL FILING IN ADDITION TO ITS RESPONSE | Nov 28, 2016 | |
| 38 | D MOT TO COMPEL DISCOVERY | Dec 01, 2016 | |
| 39 | P REPLY IN SUPPORT OF MOTION | Dec 07, 2016 | |
| 40 | D REPLY IN SUPPORT OF MOTION | Dec 08, 2016 | |
| 41 | SUSP PEND DISP OF OUTSTNDNG MOT | Dec 12, 2016 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | [91201983](#) | **Filing Date:** | Oct 10, 2011 |
| **Status:** | Terminated | **Status Date:** | Jan 30, 2012 |
| **Interlocutory Attorney:** | GEORGE POLOGEORGIS | | |

**Defendant**

| | |
|---|---|
| **Name:** | Patrick D Lindsay |
| **Correspondent Address:** | PATRICK D LINDSAY<br>1531 WEST LEMON STREET, APARTMENT 1302<br>TAMPA FL UNITED STATES , 33606 1021 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | patricklfilmreal@yahoo.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MS THICK'E UNIVERSE | Abandoned - After Inter-Partes Decision | 85096762 | |
| MS THICK'E USA | Abandoned - After Inter-Partes Decision | 85096752 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Miss Universe L.P., LLP |
| **Correspondent Address:** | ANNA JAKOBSSON<br>KELLEY DRYE WARREN LLP<br>101 PARK AVENUE<br>NEW YORK NY UNITED STATES , 10178 |
| **Correspondent e-mail:** | ajakobsson@kelleydrye.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 71632789 | 620557 |
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |
| MISS USA | Renewed | 73831501 | 1601484 |
| MISS TEEN USA | Renewed | 73452820 | 1660124 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 10, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 10, 2011 | Nov 19, 2011 |
| 3 | PENDING, INSTITUTED | Oct 10, 2011 | |
| 4 | NOTICE OF DEFAULT | Dec 13, 2011 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jan 30, 2012 | |
| 6 | TERMINATED | Jan 30, 2012 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91189461 | **Filing Date:** | Mar 25, 2009 |
| **Status:** | Terminated | **Status Date:** | Oct 01, 2009 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

**Defendant**

| | |
|---|---|
| **Name:** | Let's Talk Entertainment Agency Pty Ltd |
| **Correspondent Address:** | JAIME S. RICH<br>LOTT & FRIEDLAND, PA<br>355 ALHAMBRA CIRCLE, SUITE 1100; POST OFFICE DRAWER 141098<br>CORAL GABLES FL UNITED STATES , 33114-1098 |
| **Correspondent e-mail:** | jrich@lfiplaw.com , dkfriedland@lfiplaw.com , krivera@lfiplaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS CASINO QUEEN OF THE UNIVERSE | IR CANCELLED; US APPLICATION ABANDONED | 79049198 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Miss Universe LP, LLLP |
| **Correspondent Address:** | Andrea Calvaruso<br>Donovan & Yee LLP<br>110 Greene Street, Suite 700<br>New York NY UNITED STATES , 10012 |
| **Correspondent e-mail:** | acalvaurso@yeellp.com , aopp@yeellp.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration |

| Mark | | Application Status | Serial Number | Registration Number |
|---|---|---|---|---|
| MISS UNIVERSE | | Renewed | 73831500 | 1597876 |
| MISS UNIVERSE | | Renewed | 73254282 | 1182063 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 25, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 27, 2009 | May 06, 2009 |
| 3 | PENDING, INSTITUTED | Mar 27, 2009 | |
| 4 | D'S MOTION FOR AN EXTENSION OF TIME | May 06, 2009 | |
| 5 | TRIAL DATES RESET | Jun 05, 2009 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Jun 05, 2009 | |
| 7 | EXTENSION OF TIME GRANTED | Jun 05, 2009 | |
| 8 | NOTICE OF DEFAULT | Aug 17, 2009 | |
| 9 | BOARD'S DECISION: SUSTAINED | Oct 01, 2009 | |
| 10 | TERMINATED | Oct 01, 2009 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91188672 | **Filing Date:** | Feb 03, 2009 |
| **Status:** | Terminated | **Status Date:** | Feb 09, 2010 |
| **Interlocutory Attorney:** | GEORGE POLOGEORGIS | | |

#### Defendant

| | |
|---|---|
| **Name:** | Teandrea N. Watson |
| **Correspondent Address:** | Teandrea N. Watson<br>6414 South Justine Ave., #1<br>Chicago IL UNITED STATES , 60636 |
| **Correspondent e-mail:** | teandrea@sdjpageantry.com; missteaus@yahoo.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS BLACK UNIVERSE INTERNATIONAL PAGEANT | Abandoned - After Inter-Partes Decision | 77098470 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Miss Universe L.P., LLLP |
| **Correspondent Address:** | Amy C. Opp<br>Donovan & Yee LLP<br>110 Greene Street, Suite 700<br>New York NY UNITED STATES , 10012 |
| **Correspondent e-mail:** | aopp@yeellp.com , acalvaruso@yeellp.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |
| MISS UNIVERSE | Renewed | 71632789 | 620557 |
| MISS UNIVERSE | Renewed | 73254282 | 1182063 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 03, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 03, 2009 | Mar 15, 2009 |
| 3 | PENDING, INSTITUTED | Feb 03, 2009 | |
| 4 | ANSWER | Mar 07, 2009 | |
| 5 | BD'S COMMUNICATION | Mar 10, 2009 | |
| 6 | P'S MOTION TO COMPEL DISCOVERY | Sep 17, 2009 | |
| 7 | RESPONSE DUE 30 DAYS (DUE DATE) | Sep 21, 2009 | Oct 21, 2009 |
| 8 | UNDELIVERABLE MAIL | Nov 12, 2009 | |
| 9 | TRIAL DATES RESET | Nov 16, 2009 | |

| 10 | UNDELIVERABLE MAIL | Dec 08, 2009 | |
| 11 | PL'S MOTION FOR SANCTIONS | Dec 21, 2009 | |
| 12 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Dec 25, 2009 | |
| 13 | BOARD'S DECISION: SUSTAINED | Feb 09, 2010 | |
| 14 | TERMINATED | Feb 09, 2010 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91160627 | **Filing Date:** | May 06, 2004 |
| **Status:** | Terminated | **Status Date:** | Apr 28, 2007 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

### Defendant

| | |
|---|---|
| **Name:** | Community Marketing, Inc. |
| **Correspondent Address:** | Community Marketing, Inc. ATT: Thomas E. Roth 584 Castro St. #834 San Francisco CA UNITED STATES , 94114 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MR GAY UNIVERSE | Abandoned - After Inter-Partes Decision | 78132432 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | MISS UNIVERSE L.P., LLP |
| **Correspondent Address:** | Andrea L. Calvaruso DONOVAN & YEE LLP 110 GREENE ST STE 700 NEW YORK NY UNITED STATES , 10012-3838 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 06, 2004 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 24, 2004 | Jul 03, 2004 |
| 3 | PENDING, INSTITUTED | May 24, 2004 | |
| 4 | ANSWER | Jun 25, 2004 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Nov 24, 2004 | |
| 6 | PL'S MOTION FOR EXT APPROVED | Jan 11, 2005 | |
| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Apr 05, 2005 | |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Apr 05, 2005 | |
| 9 | PLAINTIFF'S NOTICE OF RELIANCE | Mar 24, 2005 | |
| 10 | NOTICE OF FILING OF TRANSCRIPT OF OPPOSER'S TESTIMONY AND EXHIBITS | Mar 30, 2005 | |
| 11 | EXHIBITS FOR PLAINTIFF | Mar 30, 2005 | |
| 12 | EXHIBITS FOR PLAINTIFF | Mar 30, 2005 | |
| 13 | EXHIBITS FOR PLAINTIFF | Mar 30, 2005 | |
| 14 | D'S DISCOVERY DEPOSITION OF T. ROTH WITH EXHS | Mar 30, 2005 | |
| 15 | DEFENDANT'S NOTICE OF RELIANCE | May 26, 2005 | |
| 16 | PL'S APP TO STRIKE APP NOT OF RELIANCE | Jun 20, 2005 | |
| 17 | APPLICANT'S BRIEF IN RESPONSE TO PL'S MOTION TO STRIKE | Jul 06, 2005 | |
| 18 | OPPOSER'S FILED MOTION TO STRIKE APPLICANT'S NOTICE OF RELIANCE HAS BEEN FULLY BRIEFTED | Aug 29, 2005 | |
| 19 | PROCEEDINGS ARE RESUMED; PL'S REBUTTAL TESTIMONY PERIOD IS RESET | Sep 16, 2005 | |
| 20 | PL'S TRIAL BRIEF 1 OF 4 | Sep 14, 2005 | |
| 21 | incomplete copy of No. 23 | Sep 14, 2005 | |
| 22 | PL'S TRIAL BRIEF 3 OF 4 | Sep 14, 2005 | |
| 23 | PL'S TRIAL BRIEF 4 OF 4 | Sep 14, 2005 | |

| | | |
|---|---|---|
| 24 | PL'S TRIAL BRIEF 2 OF 4 | Sep 14, 2005 |
| 25 | COPY OF NO. 22 | Sep 14, 2005 |
| 26 | DEF'S REQUEST FOR ORAL HEARING | Jan 26, 2006 |
| 27 | DEF'S TRIAL BRIEF | Jan 27, 2006 |
| 28 | PL'S REPLY BRIEF | Feb 14, 2006 |
| 29 | CONFIDENTIAL - EXHS TO P'S TRIAL BRIEF | Mar 09, 2006 |
| 30 | ORAL HEARING SCHEDULED | May 31, 2006 |
| 31 | ORAL HEARING APPEARANCE RECORD | Jun 22, 2006 |
| 32 | BOARD'S DECISION: SUSTAINED | Feb 09, 2007 |
| 33 | TERMINATED | Apr 28, 2007 |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 78132432  
**Filing Date:** Feb 05, 2004  
**Status:** Terminated  
**Status Date:** Feb 17, 2004  
**Interlocutory Attorney:**

### Defendant

**Name:** Community Marketing, Inc.  
**Correspondent Address:** Community Marketing, Inc.  
584 Castro St. #834  
San Francisco CA UNITED STATES , 94114

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MR GAY UNIVERSE | Abandoned - After Inter-Partes Decision | 78132432 | |

### Potential Opposer(s)

**Name:** Miss Universe L.P., LLLP  
**Correspondent Address:** Andrea L. Calvaruso  
DONOVAN & YEE LLP  
110 Greene Street, Suite 700  
New York NY UNITED STATES , 10012

**Name:** MISS UNIVERSE L.P., LLP  
**Correspondent Address:** Andrea L. Calvaruso  
DONOVAN & YEE LLP  
110 GREENE ST STE 700  
NEW YORK NY UNITED STATES , 10012-3838

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Feb 05, 2004 | |
| 2 | EXTENSION OF TIME GRANTED | Feb 17, 2004 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Mar 08, 2004 | |
| 4 | EXTENSION OF TIME GRANTED | Mar 11, 2004 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91158467  
**Filing Date:** Nov 05, 2003  
**Status:** Terminated  
**Status Date:** Nov 18, 2003  
**Interlocutory Attorney:** LINDA M SKORO

### Defendant

**Name:** Miss Gay Universe Worldwide Inc.  
**Correspondent Address:** MISS GAY UNIVERSE WORLDWIDE INC.  
CLUB MARCELLAS  
150 Theatre Place  
BUFFALO NY UNITED STATES , 14202-1910

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| MISS GAY UNIVERSE | Abandoned - After Inter-Partes Decision | 76362428 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Miss Universe L.P., LLLP |
| **Correspondent Address:** | Andrea L Calvaruso<br>Donovan & Yee LLP<br>110 Greene ST Ste 700<br>New York NY UNITED STATES , 10012 |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 05, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 18, 2003 | Dec 28, 2003 |
| 3 | PENDING, INSTITUTED | Nov 18, 2003 | |
| 4 | DELETE ENTRY | Mar 10, 2004 | |
| 5 | D'S MOTION FOR AN EXTENSION OF TIME | Mar 01, 2004 | |
| 6 | def's motion to extend time is granted | Mar 12, 2004 | |
| 7 | ANSWER | Apr 28, 2004 | |
| 8 | DEF'S EXPRESS ABANDONMENT | Sep 24, 2004 | |
| 9 | BOARD'S DECISION: SUSTAINED | Nov 30, 2004 | |
| 10 | TERMINATED | Dec 08, 2004 | |

**Type of Proceeding: Extension of Time**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 76362428 | **Filing Date:** | Aug 22, 2003 |
| **Status:** | Terminated | **Status Date:** | Aug 22, 2003 |
| **Interlocutory Attorney:** | | | |

**Defendant**

| | |
|---|---|
| **Name:** | Miss Gay Universe Worldwide Inc. |
| **Correspondent Address:** | MISS GAY UNIVERSE WORLDWIDE INC.<br>CLUB MARCELLAS<br>150 THEATRE PL<br>BUFFALO NY UNITED STATES , 14202-1910 |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| MISS GAY UNIVERSE | Abandoned - After Inter-Partes Decision | 76362428 | |

**Potential Opposer(s)**

| | |
|---|---|
| **Name:** | Miss Universe L.P., LLLP |
| **Correspondent Address:** | Andrea L Calvaruso<br>Donovan & Yee LLP<br>110 Greene ST Ste 700<br>New York NY UNITED STATES , 10012 |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 24, 2003 | |
| 2 | EXTENSION OF TIME GRANTED | Aug 22, 2003 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Sep 09, 2003 | |
| 4 | EXTENSION OF TIME GRANTED | Oct 03, 2003 | |

| | | | |
|---|---|---|---|
| 5 | INCOMING - EXT TIME TO OPPOSE FILED | | Sep 29, 2003 |
| 6 | EXTENSION OF TIME GRANTED | | Oct 24, 2003 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91121275 | **Filing Date:** | Oct 25, 2000 |
| **Status:** | Terminated | **Status Date:** | Aug 21, 2001 |
| **Interlocutory Attorney:** | ANGELA LYKOS | | |

### Defendant

| | |
|---|---|
| **Name:** | BEAU ST. JOHN'S RAINBOW PRODUCTIONS, INC |
| **Correspondent Address:** | HAROLD C. KING JR.<br>TERRY J. SCHLOSSER<br>RAINBOW PRODUCTIONS 11715 E. FOWLER #115<br>TAMPA FL UNITED STATES , 33612 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS NUDE UNIVERSE | Abandoned - After Inter-Partes Decision | 75841518 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | MISS UNIVERSE L.P., LLLP |
| **Correspondent Address:** | ANDREA L. CALVARUSO<br>DONOVAN & YEE LLP<br>110 GREENE, NY 10012 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 25, 2000 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 19, 2000 | Jan 28, 2001 |
| 3 | PENDING, INSTITUTED | Dec 19, 2000 | |
| 4 | D ALLOWED THIRTY DAYS TO SHOW CAUSE | May 10, 2001 | |
| 5 | BOARD'S DECISION: SUSTAINED | Aug 21, 2001 | |
| 6 | TERMINATED | Aug 21, 2001 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91117397 | **Filing Date:** | Mar 06, 2000 |
| **Status:** | Terminated | **Status Date:** | May 01, 2002 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

### Defendant

| | |
|---|---|
| **Name:** | GLOBAL PAGEANTRY SYSTEMS, INC. |
| **Correspondent Address:** | JOHN S. EGBERT<br>HARRISON & EGBERT<br>1018 PRESTON STE. 100<br>HOUSTON TX UNITED STATES , 77002 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS GAY UNIVERSE | Abandoned - After Inter-Partes Decision | 75390640 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | MISS UNIVERSE L.P., LLP. |
| **Correspondent Address:** | CHRISTINE M. RIGNEY<br>DONOVAN & YEE LLP.<br>110 GREENE ST. #700<br>NEW YORK NY UNITED STATES , 10012 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 06, 2000 | |
| 2 | NOTICE SENT; TRIAL DATES RESET; ANSWER DUE | Apr 03, 2000 | May 13, 2000 |
| 3 | PENDING, INSTITUTED | Apr 03, 2000 | |
| 4 | ANSWER | May 15, 2000 | |
| 5 | PL'S NOTICE OF JUDGEMENT IN PROCEEDING | Oct 16, 2001 | |
| 6 | BOARD'S DECISION: SUSTAINED | May 01, 2002 | |
| 7 | TERMINATED | May 01, 2002 | |
| 8 | TERMINATED | May 01, 2002 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91113538  
**Filing Date:** Mar 24, 1999  
**Status:** Terminated  
**Status Date:** May 01, 2002  
**Interlocutory Attorney:** CHERYL S GOODMAN

#### Defendant

**Name:** GLOBAL PAGEANTRY SYSTEMS, INC.; JOHN DOE 1-10  
**Correspondent Address:** HARRISON AND EGBERT  
412 MAIN STREET, 7TH FLOOR  
HOUSTON TX UNITED STATES , 77002

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| UNIVERSE PAGEANTRY | Abandoned - After Inter-Partes Decision | 75390628 | |

#### Plaintiff(s)

**Name:** MISS UNIVERSE L.P., LLLP  
**Correspondent Address:** RICHARD S. SAMSON  
DONOVAN & YEE, LLP  
110 GREENE STREET #700  
NEW YORK NY UNITED STATES , 10012

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 24, 1999 | |
| 2 | NOTICE SENT; TRIAL DATES RESET; ANSWER DUE | May 11, 1999 | Jun 30, 1999 |
| 3 | PENDING, INSTITUTED | Apr 20, 1999 | |
| 4 | ANSWER | Jun 28, 1999 | |
| 5 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jan 19, 2000 | |
| 6 | PL'S MOT TO CONSOLIDATE W/117,397 | Apr 19, 2000 | |
| 7 | MOTION TO CONSOLIDATE GRANTED | Jun 26, 2000 | |
| 8 | PL'S REQ FOR SUSPENSION | Nov 13, 2000 | |
| 9 | SUSPENDED PENDING DISP OF CIVIL ACTION | Jan 08, 2001 | |
| 10 | PL'S NOTICE OF JUDGMNT IN CA/MTN FOR JUD GMENT | Oct 16, 2001 | |
| 11 | ORDER TO SHOW CAUSE | Nov 28, 2001 | |
| 12 | BOARD'S DECISION: SUSTAINED | Mar 25, 2002 | |
| 13 | TERMINATED | Mar 25, 2002 | |
| 14 | BOARD'S DECISION: SUSTAINED | May 01, 2002 | |
| 15 | TERMINATED | May 01, 2002 | |

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,597,876

United States Patent and Trademark Office  Registered May 22, 1990

## SERVICE MARK
### PRINCIPAL REGISTER

### MISS UNIVERSE

MISS UNIVERSE, INC. (CALIFORNIA CORPORATION)
5750 WILSHIRE BOULEVARD
LOS ANGELES, CA 90048

FOR: ENTERTAINMENT SERVICES - NAMELY, PRESENTATION OF PAGEANTS AND CONTESTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 10-1-1950; IN COMMERCE 10-1-1950.

OWNER OF U.S. REG. NOS. 568,507, 1,466,355 AND OTHERS.

SER. NO. 73-831,500, FILED 10-13-1989.

SUSAN LEE, EXAMINING ATTORNEY