# Exhibit C

|                               |                                                      |                            |               |
|-------------------------------|------------------------------------------------------|----------------------------|---------------|
| **Generated on:**             | This page was generated by TSDR on 2016-12-17 13:34:49 EST |                      |               |
| **Mark:**                     | MISS UNIVERSE                                        |                            |               |

**MISS UNIVERSE**

|                              |           |                                |               |
|------------------------------|-----------|--------------------------------|---------------|
| **US Serial Number:**        | 71632789  | **Application Filing Date:**   | Jul. 19, 1952 |
| **US Registration Number:**  | 620557    | **Registration Date:**         | Jan. 31, 1956 |
| **Register:**                | Principal |                                |               |
| **Mark Type:**               | Service Mark |                             |               |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
|                              |           | The trademark application has been registered with the Office. | |
| **Status:**                  | The registration has been renewed. |             |               |
| **Status Date:**             | Mar. 07, 2016 |                            |               |

## Mark Information

|                               |                                          |
|-------------------------------|------------------------------------------|
| **Mark Literal Elements:**    | MISS UNIVERSE                            |
| **Standard Character Claim:** | No                                       |
| **Mark Drawing Type:**        | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|                               |                                                                                                                                    |                      |                    |
|-------------------------------|------------------------------------------------------------------------------------------------------------------------------------|----------------------|--------------------|
| **For:**                      | PROMOTING THE SALE OF GOODS AND SERVICES BY OTHERS THROUGH THE MEDIUM OF A BEAUTY CONTEST CONDUCTED ON A NATIONAL AND REGIONAL BASIS |                      |                    |
| **International Class(es):**  | 035, 036, 038, 041, 042                                                                                                            | **U.S Class(es):**   | 101 - Primary Class |
| **Class Status:**             | ACTIVE                                                                                                                             |                      |                    |
| **Basis:**                    | 1(a)                                                                                                                               |                      |                    |
| **First Use:**                | Oct. 01, 1950                                                                                                                      | **Use in Commerce:** | Oct. 01, 1950      |

## Basis Information (Case Level)

|                       |     |                          |     |                        |     |
|-----------------------|-----|--------------------------|-----|------------------------|-----|
| **Filed Use:**        | Yes | **Currently Use:**       | Yes | **Amended Use:**       | No  |
| **Filed ITU:**        | No  | **Currently ITU:**       | No  | **Amended ITU:**       | No  |
| **Filed 44D:**        | No  | **Currently 44D:**       | No  | **Amended 44D:**       | No  |
| **Filed 44E:**        | No  | **Currently 44E:**       | No  | **Amended 44E:**       | No  |
| **Filed 66A:**        | No  | **Currently 66A:**       | No  |                        |     |
| **Filed No Basis:**   | No  | **Currently No Basis:**  | No  |                        |     |

## Current Owner(s) Information

|                     |                                                          |
|---------------------|----------------------------------------------------------|
| **Owner Name:**     | IMG UNIVERSE, LLC                                        |
| **Owner Address:**  | 11 MADISON AVENUE<br>NEW YORK, NEW YORK UNITED STATES 10010 |

| | | | |
|---|---|---|---|
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | ANDREA L. CALVARUSO | Docket Number: | 020310-2000 |
| Attorney Primary Email Address: | trademarks@kelleydrye.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | ANDREA L. CALVARUSO<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>NEW YORK, NEW YORK UNITED STATES 10178 |

| | | | |
|---|---|---|---|
| Phone: | 212-808-7800 | Fax: | 212-808-7897 |
| Correspondent e-mail: | trademarks@kelleydrye.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 03, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Mar. 07, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 07, 2016 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | 76985 |
| Mar. 07, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76985 |
| Mar. 07, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76985 |
| Dec. 29, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 04, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 10, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 10, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jan. 26, 2009 | CASE FILE IN TICRS | |
| May 10, 2006 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | 60234 |
| May 10, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 02, 2006 | ASSIGNED TO PARALEGAL | 60234 |
| Jan. 20, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 20, 2006 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 05, 1996 | AMENDMENT UNDER SECTION 7 - ISSUED | |
| Aug. 31, 1996 | AMENDMENT UNDER SECTION 7 - ISSUED | |
| Mar. 01, 1996 | SEC 7 REQUEST FILED | |
| Feb. 29, 1996 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 31, 1976 | REGISTERED AND RENEWED (FIRST RENEWAL - 20 YRS) | |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| Affidavit of Continued Use: | Section 8 - Accepted |
| Affidavit of Incontestability: | Section 15 - Accepted |
| Renewal Date: | Jan. 31, 2016 |
| Change in Registration: | Yes |
| Amendment to a Registration/Renewal Certificate: | THE DRAWING IS AMENDED TO APPEAR AS FOLLOWS: MISS UNIVERSE |

## TM Staff and Location Information

**TM Staff Information - None**

| | |
|---|---|
| | **File Location** |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Mar. 07, 2016 |

# Assignment Abstract Of Title Information

## Summary

**Total Assignments:** 10     **Registrant:** MISS UNIVERSE BEAUTY PAGEANT, INC.

### Assignment 1 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME 19620604 | | |
| **Reel/Frame:** | 0090/0415 | **Pages:** | 5 |
| **Date Recorded:** | Jun. 20, 1962 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

#### Assignor

| | | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE BEAUTY PAGEANT, INC. | **Execution Date:** | Jun. 13, 1962 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |

#### Assignee

| | | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE, INC. | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | No Assignee Address Found | | |

#### Correspondent

| | |
|---|---|
| **Correspondent Name:** | HAROLD L. GLASSER |
| **Correspondent Address:** | 425 FIFTH AVE. NEW YORK 16, NY |

#### Domestic Representative - Not Found

### Assignment 2 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME 19620604 | | |
| **Reel/Frame:** | 0090/F415 | **Pages:** | 2 |
| **Date Recorded:** | Jun. 20, 1962 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

#### Assignor

| | | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE BEAUTY PAGEANT, INC. | **Execution Date:** | Jun. 13, 1962 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |

#### Assignee

| | | | |
|---|---|---|---|
| **Name:** | MISS UNIVERSE, INC. | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | No Assignee Address Found | | |

#### Correspondent

| | |
|---|---|
| **Correspondent Name:** | HAROLD L. GLASSER |
| **Correspondent Address:** | 425 FIFTH AVENUE NEW YORK 16, N.Y. |

#### Domestic Representative - Not Found

### Assignment 3 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNMENT OF SECURITY INTEREST | | |
| **Reel/Frame:** | 1320/0392 | **Pages:** | 9 |
| **Date Recorded:** | Mar. 30, 1995 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

|  |  |  |  |
|---|---|---|---|
|  | **Assignor** |  |  |
| **Name:** | MSG HOLDINGS, L.P. | **Execution Date:** | Mar. 10, 1995 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

|  |  |  |  |
|---|---|---|---|
|  | **Assignee** |  |  |
| **Name:** | CHEMICAL BANK |  |  |
| **Legal Entity Type:** | BANKING CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | 270 PARK AVENUE NEW YORK, NY 10019 |  |  |

|  |  |
|---|---|
| **Correspondent** |  |
| **Correspondent Name:** | TERI L. GLASER |
| **Correspondent Address:** | WHITE & CASE 1155 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Assignment 4 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER | | |
| **Reel/Frame:** | 1362/0466 | **Pages:** | 19 |
| **Date Recorded:** | Apr. 13, 1995 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

|  |  |  |  |
|---|---|---|---|
|  | **Assignor** |  |  |
| **Name:** | MISS UNIVERSE, INC. | **Execution Date:** | Mar. 10, 1995 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

|  |  |  |  |
|---|---|---|---|
|  | **Assignee** |  |  |
| **Name:** | MADISON SQUARE GARDEN, L.P. |  |  |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | DELAWARE |
| **Address:** | TWO PENN PLAZA, 14TH FLOOR NEW YORK, NEW YORK 10121 |  |  |

|  |  |
|---|---|
| **Correspondent** |  |
| **Correspondent Name:** | JENNIFER T. RADDING |
| **Correspondent Address:** | PROSKAUER ROSE GOETZ & MENDELSOHN 1585 BROADWAY NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

## Assignment 5 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | TERMINATION AND RELEASE - CORRECTIVE DOCUMENT FOR 100322786 | | |
| **Reel/Frame:** | 1574/0408 | **Pages:** | 11 |
| **Date Recorded:** | Mar. 19, 1997 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

|  |  |  |  |
|---|---|---|---|
|  | **Assignor** |  |  |
| **Name:** | CHASE MANHATTAN BANK,THE | **Execution Date:** | Nov. 25, 1996 |
| **Legal Entity Type:** | A BANKING CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

|  |  |  |  |
|---|---|---|---|
|  | **Assignee** |  |  |
| **Name:** | MADISON SQUARE GARDEN, L.P. |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | MADISON SQUARE GARDEN 2 PENN PLAZA NEW YORK, NEW YORK 10121-0091 |  |  |

**Correspondent**

| | | | |
|---|---|---|---|
| Correspondent Name: | WHITE & CASE | | |
| Correspondent Address: | BERNARD ABDO, ESQ.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10036-2787 | | |

**Domestic Representative - Not Found**

## Assignment 6 of 10

| | | | |
|---|---|---|---|
| Conveyance: | TERMINATION AND RELEASE OF SECURITY INTEREST | | |
| Reel/Frame: | 1532/0624 | Pages: | 10 |
| Date Recorded: | Dec. 04, 1996 | | |
| Supporting Documents: | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | CHASE MANHATTAN BANK, THE | Execution Date: | Nov. 26, 1996 |
| Legal Entity Type: | BANKING CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

### Assignee

| | | | |
|---|---|---|---|
| Name: | MADISON SQUARE GARDEN L.P. (F/K/A MSG HOLDINGS, L.P.) | | |
| Legal Entity Type: | LIMITED PARTNERSHIP | State or Country Where Organized: | DELAWARE |
| Address: | TWO PENNSYLVANIA PLAZA<br>NEW YORK, NEW YORK 10023 | | |

### Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name: | WILLKIE FARR & GALLAGHER | | |
| Correspondent Address: | WILLIAM M. RIED, ESQ.<br>153 EAST 53RD STREET<br>NEW YORK, NY 10022 | | |

**Domestic Representative - Not Found**

## Assignment 7 of 10

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 1532/0634 | Pages: | 5 |
| Date Recorded: | Dec. 04, 1996 | | |
| Supporting Documents: | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | MADISON SQUARE GARDEN, L.P. | Execution Date: | Nov. 26, 1996 |
| Legal Entity Type: | LIMITED PARTNERSHIP | State or Country Where Organized: | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| Name: | TRUMP PAGEANTS, L.P. | | |
| Legal Entity Type: | LIMITED PARTNERSHIP | State or Country Where Organized: | DELAWARE |
| Address: | 725 FIFTH AVENUE<br>NEW YORK, NEW YORK 10022 | | |

### Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name: | WILLKIE FARR & GALLAGHER | | |
| Correspondent Address: | WILLIAM M. RIED, ESQ.<br>153 EAST 53RD STREET<br>NEW YORK, NY 10022 | | |

**Domestic Representative - Not Found**

## Assignment 8 of 10

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 1571/0511 | Pages: | 6 |
| Date Recorded: | Mar. 21, 1997 | | |
| Supporting | No Supporting Documents Available | | |

**Documents:**

| | Assignor | |
|---|---|---|
| **Name:** | TRUMP PAGEANTS, L.P. | **Execution Date:** Jan. 06, 1997 |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** No Place Where Organized Found |

| | Assignee | |
|---|---|---|
| **Name:** | MISS UNIVERSE L.P., LLLP | |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** No Place Where Organized Found |
| **Address:** | SUITE 2100<br>1801 CENTURY PARK EAST<br>LOS ANGELES, CALIFORNIA 90067 | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | PROSKAUER ROSE GOETZ & MENDELSOHN LLP |
| **Correspondent Address:** | DEIRDRE P. SILVER, ESQ.<br>1585 BROADWAY<br>NEW YORK, NY 10036 |

**Domestic Representative - Not Found**

### Assignment 9 of 10

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |
| **Reel/Frame:** | 5654/0923 — **Pages:** 13 |
| **Date Recorded:** | Oct. 28, 2015 |
| **Supporting Documents:** | assignment-tm-5654-0923.pdf |

| | Assignor | |
|---|---|---|
| **Name:** | MISS UNIVERSE L.P. | **Execution Date:** Sep. 10, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY LIMITED PARTNERSHIP | **State or Country Where Organized:** DELAWARE |

| | Assignee | |
|---|---|---|
| **Name:** | IMG UNIVERSE, LLC | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** | 11 MADISON AVENUE<br>NEW YORK, NEW YORK 10010 | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ANDREA L. CALVARUSO |
| **Correspondent Address:** | 101 PARK AVENUE<br>NEW YORK, NY 10178 |

**Domestic Representative - Not Found**

### Assignment 10 of 10

| | |
|---|---|
| **Conveyance:** | CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR PREVIOUSLY RECORDED ON REEL 005654 FRAME 0923. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT. |
| **Reel/Frame:** | 5829/0971 — **Pages:** 21 |
| **Date Recorded:** | Jul. 06, 2016 |
| **Supporting Documents:** | assignment-tm-5829-0971.pdf |

| | Assignor | |
|---|---|---|
| **Name:** | MISS UNIVERSE L.P. LLLP | **Execution Date:** Sep. 10, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY LIMITED PARTNERSHIP | **State or Country Where Organized:** DELAWARE |

| | Assignee | |
|---|---|---|
| **Name:** | IMG UNIVERSE, LLC | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** | 11 MADISON AVENUE | |

NEW YORK, NEW YORK 10010

| Correspondent | |
|---|---|
| **Correspondent Name:** | ANDREA L. CALVARUSO |
| **Correspondent Address:** | 101 PARK AVENUE NEW YORK, NY 10178 |

**Domestic Representative - Not Found**

# Proceedings

| Summary | |
|---|---|
| **Number of Proceedings:** | 5 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91220573 | **Filing Date:** | Feb 11, 2015 |
| **Status:** | Pending | **Status Date:** | Feb 11, 2015 |
| **Interlocutory Attorney:** | GEOFFREY MCNUTT | | |

| Defendant | |
|---|---|
| **Name:** | Linda Grandia |
| **Correspondent Address:** | LINDA GRANDIA G & G EXCHANGE KEPPLERSTREET 13 AMERSFOORT NETHERLANDS , 3817TA |
| **Correspondent e-mail:** | info@missmultiverse.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS MULTIVERSE | Opposition Pending | 86235052 | |

| Plaintiff(s) | |
|---|---|
| **Name:** | Miss Universe L.P., LLLP and IMG Universe, LLC. |
| **Correspondent Address:** | ANDREA L CALVARUSO KELLEY DRYE & WARREN 101 PARK AVENUE NEW YORK NY UNITED STATES , 10178 |
| **Correspondent e-mail:** | trademarks@kelleydrye.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 71632789 | 620557 |
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 11, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 11, 2015 | Mar 23, 2015 |
| 3 | PENDING, INSTITUTED | Feb 11, 2015 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Mar 18, 2015 | |
| 5 | D MOT FOR EXT W/ CONSENT | Mar 18, 2015 | |
| 6 | EXTENSION OF TIME GRANTED | Mar 18, 2015 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 19, 2015 | |
| 8 | EXTENSION OF TIME GRANTED | May 19, 2015 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 19, 2015 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 24, 2015 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 06, 2015 | |
| 12 | ANSWER | Jul 06, 2015 | |

| 13 | D REQ TO W/DRAW AS ATTORNEY | Sep 01, 2015 | |
|----|------------------------------|--------------|---|
| 14 | CHANGE OF CORRESP ADDRESS | Sep 02, 2015 | |
| 15 | RESPONSE DUE 30 DAYS (DUE DATE) | Sep 04, 2015 | Oct 04, 2015 |
| 16 | D CHANGE OF CORRESP ADDRESS | Sep 28, 2015 | |
| 17 | D DISCOVERY DOCUMENT | Sep 28, 2015 | |
| 18 | TRIAL DATES RESET | Oct 06, 2015 | |
| 19 | STIP FOR EXT | Dec 21, 2015 | |
| 20 | EXTENSION OF TIME GRANTED | Dec 21, 2015 | |
| 21 | P MOT FOR EXT W/O CONSENT | Jan 29, 2016 | |
| 22 | D OPP/RESP TO MOTION | Feb 01, 2016 | |
| 23 | P MOT IN SUPPORT OF ITS MOT FOR EXT OF TIME | Feb 11, 2016 | |
| 24 | D OPP/RESP TO MOTION | Feb 21, 2016 | |
| 25 | EXTENSION OF TIME GRANTED | Mar 10, 2016 | |
| 26 | P MOT TO JOIN/SUBSTITUTE PARTY | Mar 21, 2016 | |
| 27 | P MOT TO COMPEL DISCOVERY | Apr 05, 2016 | |
| 28 | D OPP/RESP TO MOTION | Apr 06, 2016 | |
| 29 | P REPLY IN SUPPORT OF MOTION | Apr 08, 2016 | |
| 30 | D OPP/RESP TO MOTION | Apr 12, 2016 | |
| 31 | P REPLY IN SUPPORT OF MOTION | Apr 27, 2016 | |
| 32 | SUSP PEND DISP OF OUTSTNDNG MOT | Jul 12, 2016 | |
| 33 | TRIAL DATES RESET | Aug 01, 2016 | |
| 34 | P MOT FOR SANCTIONS (OTHER) | Nov 02, 2016 | |
| 35 | SUSP PEND DISP OF OUTSTNDNG MOT | Nov 02, 2016 | |
| 36 | D OPP/RESP TO MOTION | Nov 28, 2016 | |
| 37 | D'S SUPPLEMENTAL FILING IN ADDITION TO ITS RESPONSE | Nov 28, 2016 | |
| 38 | D MOT TO COMPEL DISCOVERY | Dec 01, 2016 | |
| 39 | P REPLY IN SUPPORT OF MOTION | Dec 07, 2016 | |
| 40 | D REPLY IN SUPPORT OF MOTION | Dec 08, 2016 | |
| 41 | SUSP PEND DISP OF OUTSTNDNG MOT | Dec 12, 2016 | |

## Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91201983 | **Filing Date:** Oct 10, 2011 |
| **Status:** Terminated | **Status Date:** Jan 30, 2012 |
| **Interlocutory Attorney:** GEORGE POLOGEORGIS | |

### Defendant

**Name:** Patrick D Lindsay

**Correspondent Address:** PATRICK D LINDSAY
1531 WEST LEMON STREET, APARTMENT 1302
TAMPA FL UNITED STATES , 33606 1021

**Correspondent e-mail:** patricklfilmreal@yahoo.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| MS THICK'E UNIVERSE | Abandoned - After Inter-Partes Decision | 85096762 | |
| MS THICK'E USA | Abandoned - After Inter-Partes Decision | 85096752 | |

### Plaintiff(s)

**Name:** Miss Universe L.P., LLP

**Correspondent Address:** ANNA JAKOBSSON
KELLEY DRYE WARREN LLP
101 PARK AVENUE
NEW YORK NY UNITED STATES , 10178

**Correspondent e-mail:** ajakobsson@kelleydrye.com

**Associated marks**

| | | | Registration |

| Mark | Application Status | Serial Number | Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 71632789 | 620557 |
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |
| MISS USA | Renewed | 73831501 | 1601484 |
| MISS TEEN USA | Renewed | 73452820 | 1660124 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 10, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 10, 2011 | Nov 19, 2011 |
| 3 | PENDING, INSTITUTED | Oct 10, 2011 | |
| 4 | NOTICE OF DEFAULT | Dec 13, 2011 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jan 30, 2012 | |
| 6 | TERMINATED | Jan 30, 2012 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91188672  
**Filing Date:** Feb 03, 2009

**Status:** Terminated  
**Status Date:** Feb 09, 2010

**Interlocutory Attorney:** GEORGE POLOGEORGIS

#### Defendant

**Name:** Teandrea N. Watson

**Correspondent Address:** Teandrea N. Watson
6414 South Justine Ave., #1
Chicago IL UNITED STATES , 60636

**Correspondent e-mail:** teandrea@sdjpageantry.com; missteaus@yahoo.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS BLACK UNIVERSE INTERNATIONAL PAGEANT | Abandoned - After Inter-Partes Decision | 77098470 | |

#### Plaintiff(s)

**Name:** Miss Universe L.P., LLLP

**Correspondent Address:** Amy C. Opp
Donovan & Yee LLP
110 Greene Street, Suite 700
New York NY UNITED STATES , 10012

**Correspondent e-mail:** aopp@yeellp.com , acalvaruso@yeellp.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 73831500 | 1597876 |
| MISS UNIVERSE | Renewed | 71632789 | 620557 |
| MISS UNIVERSE | Renewed | 73254282 | 1182063 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 03, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 03, 2009 | Mar 15, 2009 |
| 3 | PENDING, INSTITUTED | Feb 03, 2009 | |
| 4 | ANSWER | Mar 07, 2009 | |
| 5 | BD'S COMMUNICATION | Mar 10, 2009 | |
| 6 | P'S MOTION TO COMPEL DISCOVERY | Sep 17, 2009 | |
| 7 | RESPONSE DUE 30 DAYS (DUE DATE) | Sep 21, 2009 | Oct 21, 2009 |
| 8 | UNDELIVERABLE MAIL | Nov 12, 2009 | |
| 9 | TRIAL DATES RESET | Nov 16, 2009 | |
| 10 | UNDELIVERABLE MAIL | Dec 08, 2009 | |

| | | | |
|---|---|---|---|
| 11 | PL'S MOTION FOR SANCTIONS | | Dec 21, 2009 |
| 12 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | | Dec 25, 2009 |
| 13 | BOARD'S DECISION: SUSTAINED | | Feb 09, 2010 |
| 14 | TERMINATED | | Feb 09, 2010 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91063912  **Filing Date:** Nov 13, 1980
**Status:** Terminated  **Status Date:** Jun 03, 1981
**Interlocutory Attorney:**

### Defendant

**Name:** DENNIS LEE ASKEW, DBA UNIVERSE

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | 73185487 | |

### Plaintiff(s)

**Name:** MISS UNIVERSE, INC.

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 71632789 | 620557 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED | Nov 13, 1980 | |
| 2 | PENDING, INSTITUTED | Jan 08, 1981 | |
| 3 | NOTICE OF DEFAULT | Mar 12, 1981 | |
| 4 | DEFAULT JUDGMENT | May 05, 1981 | |
| 5 | TERMINATED | Jun 03, 1981 | |

## Type of Proceeding: Cancellation

**Proceeding Number:** 92007972  **Filing Date:** Nov 09, 1962
**Status:** Terminated  **Status Date:** Apr 09, 1965
**Interlocutory Attorney:**

### Defendant

**Name:** MISS UNIVERSE, INC., ASSIGNEE OF ALEXAND

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERS | Expired | 71675077 | 615449 |

### Plaintiff(s)

**Name:** MISS UNIVERSE, INC.

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MISS UNIVERSE | Renewed | 71632789 | 620557 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED | Nov 09, 1962 | |
| 2 | PENDING, INSTITUTED | Nov 27, 1962 | |
| 3 | ANSWER | Jan 07, 1963 | |
| 4 | CONSENT JUDGMENT | Apr 06, 1965 | |
| 5 | TERMINATED | Apr 09, 1965 | |

Int. Cl.: 35

Prior U.S. Cl.: 101

United States Patent and Trademark Office
Amended

Reg. No. 620,557
Registered Jan. 31, 1956
OG Date Nov. 19, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

### MISS UNIVERSE

MADISON SQUARE GARDEN, L.P. (DELAWARE LIMITED PARTNERSHIP)
TWO PENNSYLVANIA PLAZA
NEW YORK, NY 10121, BY CHANGE OF NAME AND MERGER WITH MISS UNIVERSE BEAUTY PAGEANT, INC. (CALIFORNIA CORPORATION) LONG BEACH, CA

FOR: PROMOTING THE SALE OF GOODS AND SERVICES BY OTHERS THROUGH THE MEDIUM OF A BEAUTY CONTEST CONDUCTED ON A NATIONAL AND REGIONAL BASIS, IN CLASS 101 (INT. CL. 35).

FIRST USE 10-1-1950; IN COMMERCE 10-1-1950.

SER. NO. 71-632,789, FILED 7-19-1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 19, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS