

# Exhibit D




BY E-MAIL AND FEDERAL EXPRESS
Diamonds International Corporation – D.I.C. a.s.
Siroka 15
110 00 Prague 1
Czech Republic
Lubos Riha, CEO
Lubos.riha@dicholding.com
Cc: petr.matejcek@dicholding.com

May 20, 2016

Re: Sponsorship Agreement Cash Fee Payment

Dear Mr. Riha:

I write pursuant to the agreement between Miss Universe L.P., LLLP (assigned to IMG Universe, LLC) ("MU") and Diamonds International Corporation ("DIC") dated July 24, 2014 (the "Agreement"). Pursuant to multiple sections of the Agreement DIC is in breach. In addition to other breaches related to the crowns and tiaras, DIC has failed to remit the Cash Fees of Ninety Five Thousand Dollars ($95,000) that was due on January 1, 2016 and Ninety Five Thousand Dollars ($95,000) that was due on March 31, 2016. In light of these breaches as well as communications received by MU from representatives of DIC that the company is no longer able to honor its commitments under the Agreement, MU must receive both (1) all overdue payments and (2) written assurances of DIC's ability to honor its contractual commitments going forward no later than June 1, 2016. If DIC is unable to comply, MU shall consider the Agreement terminated for breach as of that date. Although MU will make efforts to mitigate its damages, DIC remains liable to pay MU the full amounts overdue and owed in the future under the Agreement.

In the interim, MUO reserves all of its rights and claims with respect to this matter and will continue to pursue all options.

Very truly yours,

Paula M. Shugart