# Exhibit F

Welcome on website of DIAMONDS INTERNATIONAL CORPORATION - D.I.C. a.s.

**DIC** DIAMONDS INTERNATIONAL CORPORATION

*e are diamonds*

SOUTĚŽ

těžte o luxusní dárky
polečnosti DIC.
– 31. 8. 2016

PRODLOUŽENO
DO 30.11.2016

Dermacol 50