# Exhibit G



# MISS ✦ UNIVERSE

## CONTESTANTS