# Exhibit H



## Miss Universe

...GEANT JAN 25 SUNDAY 2015

...ORIDA

...24, 2003, is a city located in north-central Miami-Dade County, Florida, United States. Conveniently located just one mile from ...ve miles from Downtown Miami, our City is home to approximately 50,213 residents and regularly hosts in excess of 100,000 peop... ...of Doral occupies a land area of 15 square miles, with a mixture of industrial and suburban. Doral is renowned for its progressive mu... ...vironmentally sustainable policies, citizen involvement, beautifully maintained streetscapes, and rich green spaces. The City has been ...ive years and received top honors in the state of Florida for its Parks & Recreation Department in 2014.

...ops, financial institutions and businesses, especially importers and exporters.  In 2008, Fortune Small Business and CNN Money ranke... ...th the best mix of business advantages and lifestyle appeal. Doral is home to the World Golf Championships hosted at Trump Nationa... ...lf resorts in the region. Described as the premier place to live, work, learn and play, our many assets provide for a superior quality o... ...s commerce. Doral is home to thousands of immigrants from all throughout the Americas making it a prosperous and culturally