# Exhibit I

ABOUT US           NEWS           DIC RESORT           CONTACT   EN   ⌄

# ABOUT US

… we are one of the largest distributors of investment diamonds in Europe, and our subsidiaries also operate in Asia, the Middle East and the USA. The DIC Group is famous for its unique and sophisticated craft production and sale of diamond jewellery and watches.

Since 2014, the DIC Holding has been the main partner of the worldwide Miss Universe Pageant, supplying diamond crowns to this and other beauty pageants, such as Miss USA and Miss US Teen.

The DIC Resort is our first "diamond" in the collection of luxurious development projects, and we believe there will be more like this to come in the future…

© 2016 DIAMONDS INTERNATIONAL CORPORATION - D.I.C. a.s.